# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 30, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159997-8

*In re* DILLON, Minors.

SC: 159997-8
COA: 346302, 346325
Baraga CC Family Div: 14-001310-NA
17-001362-NA

_____/

On order of the Court, the application for leave to appeal the June 25, 2019 judgment of the Court of Appeals is DISMISSED, because late applications will not be accepted absent circumstances not present in this case. MCR 7.305(C)(5).

VIVIANO, J., would accept the application as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 30, 2019



Clerk

b1023